

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2024

No. 04-23-00263-CR

**EX PARTE** Elwin Roberto **ORTIZ LAGOS**

From the County Court, Kinney County, Texas
Trial Court No. 11126CR
Honorable Dennis Powell, Judge Presiding

**ORDER**

  In accordance with this court's opinion of this date, the court **DISMISSES** this appeal for want of jurisdiction.

  It is so **ORDERED** on August 14, 2024.

_____
Lori I. Valenzuela, Justice

  IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2024.

_____
Luz Estrada, Chief Deputy Clerk